UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY RESOURCES, INC.,<br>JOHN DOES, and<br>DOES, INC.,<br><br>Defendants. | Civil Action No. 7:14-cv-00226-KMK<br><br>Judge Karas / Magistrate Smith<br><br>Hon. Kenneth M. Karas<br>Courtroom: 521<br>Oral Argument Requested: __ Yes _X_ No<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 45 days.

RESPECTFULLY SUBMITTED this 4th day of March 2014

By: s/ [signature]

*Notice of Settlement*
Civil Action No.7: 14-cv-00226-KMK

## **CERTIFICATE OF SERVICE**

      I Adam Wynn, Esq., hereby certify a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF thereby notifying the following parties of record below on this \_\_4th\_\_ day of March, 2014:

s/ *[signature]*